UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHNNIE RAYMOND,                                    Case No.: 3:20-cv-1380-BJD-MCR

Plaintiff,                                                        CLASS REPRESENTATION

v.

KLAUSNER LUMBER ONE LLC and
KLAUSNER LUMBER TWO LLC,

Defendants.
_____/

**NOTICE OF BANKRUPTCY AND AUTOMATIC STAY**

Defendants and debtors Klausner Lumber One LLC ("KL1") and Klausner Lumber Two LLC **("KL2")** ("Defendants" or "Debtors"), by and through their undersigned special counsel, in accordance and consistent with section 362(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), respectfully submit this Notice of Bankruptcy and Automatic Stay, and states as follows:

1.      On April 30, 2020 (the "KL1 Petition Date"), Defendant KL1 filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").  A copy of the KL1 Bankruptcy petition is attached hereto as Exhibit "A."

2.      On June 10, 2020 (the "KL2 Petition Date), Defendant KL2 filed a voluntary petition with the United States Bankruptcy Court for the District of Delaware under Chapter 11 of Title 11 of the Bankruptcy Code.  A copy of the KL2 Bankruptcy petition is attached hereto as Exhibit "B."

3.     The Honorable Karen B. Owens, United States Bankruptcy Judge, has been assigned to both KL1's bankruptcy case and KL2's bankruptcy case. KL1's bankruptcy case number is 20-110033 (KBO). KL2's bankruptcy case number is 20-11518 (KBO).

4.     As a result of the Bankruptcy Filings, on the respective KL1 and KL2 Petition Dates, the protections of the automatic stay codified in section 362(a) of the Bankruptcy Code arose. Section 362(a), among other things, operates as an automatic stay of: (i) "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding" against the Debtor (11 U.S.C. § 362(a)(1)); (ii) acts to "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate" (11 U.S.C. § 362(a)(3)); (iii) "any act to create, perfect, or enforce any lien against property of the estate;" (11 U.S.C. § 362(a)(4)); (iv) "any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title; (11 U.S.C. § 362(a)(5)); and (v) acts to "collect, assess, or recover a claim" against the Debtors arising prior to the Petition Date (11 U.S.C. § 362(a)(6)).

5.     The above-referenced action was filed by Plaintiff on December 7, 2020, eight (8) months after KL1 filed for bankruptcy and six (6) months after KL2 filed for bankruptcy.

6.     The Complaint filed in this action post-petition is in direct violation of the automatic stay.

7.     On June 2, 2021, Defendants through their bankruptcy counsel, provided notice to Plaintiff's counsel of the violation of the automatic stay. A copy of the June 2, 2021 correspondence is attached hereto as Exhibit "C."

8. This Notice is filed by the undersigned for informational purposes only and is not intended by the undersigned attorneys to be a general appearance for Klausner Lumber One LLC or Klausner Lumber Two LLC.

Dated: June 4, 2021

s/ David G. Larkin
**DAVID G. LARKIN**
(david@fallacelarkinlaw.com)
Florida Bar No.: 0003816
**JESSE L. KABASERVICE**
(jesse@fallacelarkinlaw.com)
Florida Bar No. 192775
**FALLACE & LARKIN, L.C.**
1900 Hickory Street, Suite A
Melbourne, FL   32901
Phone: (321) 951-9900
Facsimile: (321) 724-6002
**PRIMARY E-SERVICE:**
eservice@fallacelarkinlaw.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on June 4, 2021, a true and correct copy the foregoing was filed using the Court's CM/ECF system which shall send a notice of electronic filing to:

Thomas L. Dickens, III, Esq.
Morgan & Morgan, P.A.
20 N. Orange Ave.
Suite 1600
Orlando, FL 32801
Telephone: (407) 418-2042
Facsimile:   (407) 245-3354
tdickens@forthepeople.com
mfermaint@forthepeople.com
jcastellanos@forthepeople.com
Attorneys for Plaintiff

                                          s/ David G. Larkin
                                          **DAVID G. LARKIN**
                                          (david@fallacelarkinlaw.com)
                                          Florida Bar No.: 0003816
                                          **JESSE L. KABASERVICE**
                                          **(**jesse@fallacelarkinlaw.com)
                                          Florida Bar No. 192775
                                          **FALLACE & LARKIN, L.C.**
                                          1900 S. Hickory Street, Suite A
                                          Melbourne, FL   32901
                                          Phone: (321) 951-9900
                                          Facsimile: (321) 724-6002
                                          Attorneys for Defendants
                                          **PRIMARY SERVICE E-MAIL:**
                                          **eservice@fallacelarkinlaw.com**